NEW JERSEY ET AL. *v.* UNITED STATES ET AL.

No. 621.  Decided March 2, 1959.*

*David D. Furman,* Attorney General of New Jersey, for appellants in No. 621.

*Milton T. Lasher, William A. Roberts, Irene Kennedy* and *Maxwell A. Howell* for appellants in No. 622.

*Solicitor General Rankin, Assistant Attorney General Hansen* and *Robert W. Ginnane* for the United States and the Interstate Commerce Commission, and *Thomas E. Dewey* and *Gerald E. Dwyer* for the New York Central Railroad Co., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

---

*Together with No. 622, *County of Bergen et al.* v. *United States et al.,* on appeal from the same court.